IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BREWTON IRON WORKS, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-0666-CG-C |
| | ) |
| CONTINENTAL CASUALTY | ) |
| COMPANY, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Counsel for the parties notified the court that this action has been settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

    **DONE and ORDERED** this 12th day of October, 2011.

                            /s/  Callie V. S. Granade
                            UNITED STATES DISTRICT JUDGE